EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:   (808) 541-2850
Fax:         (808) 541-3752
Email:   Harry.Yee@usdoj.gov

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2005

at  9  o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00452-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIEN |
| Terry Wong, | ) | |
| Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Harry Yee, Assistant U.S. Attorney, states that on August 9, 2004, a Judgment in a Criminal Case was entered against Terry Wong (SSN: 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) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $200.00, a fine of $15,000.00, and restitution of -0-.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on September 21, 2004 at the Bureau of Conveyances, State of Hawaii, Document No. 2004-193370.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: January 18, 2005            , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/ Harry Yee
HARRY YEE
Assistant U.S. Attorney
Attorneys for Plaintiff

213.wp