PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

## United States District Court

### FOR THE

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 06 2007

at 10 o'clock and 50 min. A M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. 03-00452HG-01

TERRY WONG

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 8/1/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
ROSANNE T. DONOHOE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 2nd day of August, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge